UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION


In re: Antionio Vega Stanley                    Case No. 09-11720


        Debtor.                                 Chapter 13


           OBJECTION OF YATES MOBILE SERVICES CORPORATION
    TO CONFIRMATION OF DEBTOR'S FINAL PLAN AS PROPOSED ON MARCH 22, 2010


        COMES NOW the Claimant, Yates Mobile Services Corporation, trading as

Yates Homes Sales ("Yates"), and objects to Debtor's final plan as proposed

(the "Plan"), and for its objection states as follows:

        1.    Yates does not accept the Plan.

        2.    Yates is the holder of a claim, which is secured by a judgment

lien attached to Debtor's real property located in Caswell County, to include

without limitation the real property located at 2258 Seamster Road,

Providence (Caswell County), NC 27315 (the "Property").

        3.    Debtor co-owns the property with Sandra King Genevicz, who is a

debtor under a separate chapter 13 bankruptcy case that is before the Court,

as case number 09-11993.

        4.    The Debtor and Ms. Genevicz own the Property as co-tenants.

        5.    Yates has moved for reconsideration of the Court's Memorandum

Opinion and Order, entered on March 15, 2010, which partially avoided more

than $100,000.00 of the judgment lien in the Property.  A hearing on this

motion has been set for April 27, 2010, at 2:00 p.m.  If the motion is

granted, Debtor's proposed plan will not satisfy the confirmation

requirements of Section 1325.

        6.    Yates has also moved for relief from stay, in this case and in

Ms. Genevicz's bankruptcy case, seeking authority to sell the Property under

state law and apply the proceeds toward satisfying the judgment liens against

Mr. Stanley and Ms. Genevicz.  These hearings are set for April 27, 2010.

WHEREFORE, the Claimant, Yates Mobile Services Corporation, requests

the entry of an Order denying confirmation of the Plan, or in the alternative

continuing the hearing on confirmation of Mr. Stanley's plan until a

determination can be made on Yates's motion for reconsideration of the

Court's Order and Memorandum Opinion that partially avoided the judgment lien

against Mr. Stanley, and for such further relief as is just.

Dated: April 13, 2010                      Respectfully Submitted

                                           YATES MOBILE SERVICES CORP.

                                           By Counsel


Counsel:

Darren W. Bentley (NCSB#33561)
CLEMENT & WHEATLEY
549 Main Street
P.O. Box 8200
Danville, VA 24541
Telephone:  (434) 793-8200
Facsimile:  (434) 793-8436

 /s/ Darren W. Bentley
Darren W. Bentley

2

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2010, the foregoing objection was filed electronically with the U.S. Bankruptcy Court and was served on the following parties, electronically on those parties who are CM/ECF participants, and by U.S. Postal Service on those parties who are non-CM/ECF participants:

    Phillip E. Bolton
    Suite 406
    604 Green Valley Rd.
    P. O. Box 10247
    Greensboro, NC 27404-0247

    Antionio Vega Stanley
    621 County Line Road
    Reidsville, NC 27320

    Anita Jo Kinlaw Troxler
    Greensboro Chapter 13 Office
    500 W. Friendly Ave.
    P. O. Box 1720
    Greensboro, NC 27402-1720


                              /s/ Darren W. Bentley
                              Darren W. Bentley

3