UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE: )
)
Antionio Vega Stanley, ) Case No. 09-11720C-13G
)
Debtor. )
)

<u>AMENDED ORDER</u>

In accordance with the amended memorandum opinion filed contemporaneously herewith, it is hereby ORDERED as follows:

1. The objection by Yates Mobile Services Corporation ("Yates") to Debtor's motion to avoid the judicial lien of Yates is OVERRULED;

2. Debtor's Motion to Avoid Judicial Lien of Yates Mobile Services Corporation is GRANTED IN PART, and the Debtor is allowed to avoid Yates' judicial lien to the extent of $144,138.05; and

3. Yates shall retain a judicial lien in the amount of $21,000.00.

This 20th day of May, 2010.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES IN INTEREST

Phillip E. Bolton, Esq.
P.O. Box 10247
Greensboro, NC 27404-0247

Antionio Vega Stanley
621 County Line Road
Reidsville, NC 27320

Sandra King Genevicz
621 County Line Road
Reidsville, NC 27320

Darren W. Bentley, Esq.
P.O. Box 8200
Danville, VA 24541

Anita Jo Troxler, Ch. 13 Trustee